ACCEPTED
01-15-00396-CV
FIRST COURT OF APPEALS
HOUSTON, TEXAS
7/9/2015 11:21:31 PM
CHRISTOPHER PRINE
CLERK

# CASE NO. 01-15-00396-CV

FILED IN
1st COURT OF APPEALS
HOUSTON, TEXAS
7/9/2015 11:21:31 PM
CHRISTOPHER A. PRINE
Clerk

## IN THE FIRST COURT OF APPEALS
## HOUSTON, TEXAS

## John W. Hankins

## v.

## Sarah T. Harris

### On Appeal from the 333rd Judicial District Court
### of Harris County, Texas
### Trial Court Case No. 2014–01360

### APPELLANT'S NOTICE OF APPEARANCE AND
### DESIGNATION OF LEAD APPELLATE COUNSEL

TO THE HONORABLE COURT OF APPEALS:

Under TEXAS RULE OF APPELLATE PROCEDURE 6.1(c), please note that Sean Michael Reagan is now lead appellate counsel for Appellant, John W. Hankins. Please send all further communications relating to this appeal addressed to Mr. Reagan's attention at Leyh, Payne & Mallia, PLLC, 9545 Katy Freeway, Suite 200, Houston, Texas 77024, or via email addressed to sreagan@lpmfirm.com.

1

Respectfully submitted,

LEYH, PAYNE & MALLIA, PLLC


By: */s/ Sean M. Reagan*
    Sean Michael Reagan
    sreagan@lpmfirm.com
    Texas Bar No. 24046689
    9545 Katy Freeway, Suite 200
    Houston, Texas 77024
    Telephone: 713-785-0881
    Facsimile: 713-784-0884

**ATTORNEY FOR APPELLANT**

**<u>CERTIFICATE OF SERVICE</u>**

I certify that a true and correct copy of this document has been served to all interested parties of record on July 9, 2015 as follows:

| | |
|---|---|
| Brian B. Kilpatrick | *Via Email* |
| H. Fred Cook | *Via Email* |
| Wilson, Cribbs & Goren, P.C. | |
| 2500 Fannin Street | |
| Houston, Texas 77002 | |
| | |
| Jarrett L. Ellzey | *Via Email* |
| W. Craft Hughes | *Via Email* |
| Hughes Ellzey, L.L.P. | |
| 2700 Post Oak Blvd., Suite 1120 | |
| Galleria Tower I | |
| Houston, Texas 77056 | |
| | |
| Hartley Hampton | *Via Email* |
| Hampton & King | |
| 3 Riverway, Suite 910 | |
| Houston, Texas 77056 | |

William Feldman                               *Via Email*
Michael J. Mazzone                       *Via Email*
Michael T. Powell                         *Via Email*
Robert Carlton                            *Via Email*
Haynes & Boone, LLP
1221 McKinney Street, Suite 2100
Houston, Texas 77010-2007


/s/ *Sean M. Reagan*
Sean M. Reagan